No. 81–749. CALIFORNIA *v.* WINSON. Sup. Ct. Cal. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 